**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-6116**

---

DOUGLAS FAUCONIER,

> Plaintiff - Appellant,

> v.

COMMONWEALTH OF VIRGINIA,

> Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, Senior District Judge.  (1:22-cv-00460-TSE-IDD)

---

Submitted:  January 30, 2024                          Decided:  February 5, 2024

---

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Douglas Leigh Fauconier, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas Fauconier appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See Fauconier v. Virginia*, No. 1:22-cv-00460-TSE-IDD (E.D. Va. Jan. 4, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
